UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADDY WITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF STOCKTON, STOCKTON POLICE OFFICER CELENTANO,<br><br>　　　　Defendants. | No. 2:18-cv-01804-JAM-KJN<br><br>**ORDER GRANTING IFP STATUS** |

　　　Plaintiff Maddy Witt filed this action on June 25, 2018, Complaint, ECF No. 1, and concurrently moved to proceed in forma pauperis ("IFP"), ECF No. 2. Plaintiff has submitted the affidavit required under 28 U.S.C. § 1915(a)(1), which demonstrates that Plaintiff is unable to pay fees or security. Plaintiff's Motion to Proceed In Forma Pauperis is therefore granted.

　　　The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4. The Clerk of Court shall send plaintiff five USM-285 forms, one summons, and a copy of the complaint. Plaintiff is advised that the U.S. Marshal will require: (1) one completed summons; (2) one

1

completed USM-285 form for each defendant; (3) a copy of the complaint for each defendant; and (4) a copy of this order.

The U.S. Marshal shall serve process without prepayment of costs. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

IT IS SO ORDERED.

Dated: July 2, 2018

John A. Mendez,
United States District Judge